**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| WENDY HUDSON-SWOOPE, | )   Case No. 1:24-cv-1183-JPC |
|     Plaintiff, | ) <br> )   Judge J. Philip Calabrese |
| v. | ) <br> ) |
| MRO CORPORATION (dba MEDICAL <br> RECORDS ONLINE, INC.), *et al.*, | ) <br> ) <br> ) |
|     Defendants. | ) <br> ) |

<u>**DEFENDANT CLEVELAND CLINIC FOUNDATION'S**</u>
<u>**MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**</u>

Defendant Cleveland Clinic Foundation ("Cleveland Clinic"), by and through counsel, joins in the Motion to Stay Pending Arbitration or, in the alternative, Motion to Dismiss contemporaneously filed by MRO Corporation ("MRO"). This Court should dismiss Plaintiff's case under Fed. R. Civ. P. 12(b)(1). for the reasons in MRO's motion, including absence of subject-matter jurisdiction under Fed. R. Civ. P. 12(b)(1) because Plaintiff lacks standing to sue under Article III of the United States Constitution. But the Cleveland Clinic also moves to dismiss for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6) because Plaintiff fails to allege facts under which the Cleveland Clinic could be liable to Plaintiff.

The grounds for this separate motion are in the attached memorandum in support.

Respectfully submitted,

*/s/ Michael J. Ruttinger*
Michael J. Ruttinger (0083850)
Edward E. Taber (0066707)
Ethan W. Weber (0098871)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5009
E-mail: michael.ruttinger@tuckerellis.com
edward.taber@tuckerellis.com
ethan.weber@tuckerellis.com

*Attorneys for Defendant*
*Cleveland Clinic Foundation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 14, 2024, a copy of the foregoing Defendant Cleveland Clinic Foundation's Motion to Dismiss Plaintiff's Class Action Complaint was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Michael J. Ruttinger*
Michael J. Ruttinger (0083850)

*An Attorney for Defendant*
*Cleveland Clinic Foundation*

6563086.2